PENN COMPRESSION MOULDING, INC. v. MAR-BAL, INC.

No. 184A85

(Filed 1 October 1985)

APPEAL by plaintiff as a matter of right pursuant to G.S. § 7A-30(2) from decision of the Court of Appeals, reported at 73 N.C. App. 291, 326 S.E. 2d 280 (1985) (*Judge Johnson, Judge Whichard* concurring, and *Judge Phillips* dissenting), which reversed *Judge Bailey's* entry of summary judgment for plaintiff at the 8 November 1983 Session of JOHNSTON County Superior Court and remanded the cause for entry of summary judgment for defendant.

*Mast, Tew, Armstrong & Morris, P.A., by L. Lamar Armstrong, Jr. and George B. Mast, Attorneys for plaintiff-appellant.*

*Narron, O'Hale, Whittington and Woodruff, P.A., by Gordon C. Woodruff and John P. O'Hale, for defendant-appellee.*

PER CURIAM.

This was an action to recover commissions allegedly due plaintiff as a result of a contract between plaintiff and defendant.

The facts of this case are fully and accurately set forth in the opinion of the Court of Appeals and need not be repeated herein.

After reviewing the records and briefs and hearing the oral argument question presented by this appeal, we conclude that the majority opinion of the Court of Appeals is correct and should be affirmed.

Affirmed.